**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-2167**

---

JANICE ROBINSON,

> Plaintiff - Appellant,

v.

DEPARTMENT OF THE NAVY, Raymond Mabus, Secretary,

> Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Malcolm J. Howard, Senior District Judge.  (7:15-cv-00004-H)

---

Submitted:  June 22, 2017                                    Decided:  June 26, 2017

---

Before FLOYD and HARRIS, Circuit Judges.[*]

---

Affirmed by unpublished per curiam opinion.

---

Janice Robinson, Appellant Pro Se.  Roberto Francisco Ramirez, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

[*] The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2012).

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Robinson appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Dep't of the Navy,* No. 7:15-cv-00004-H (E.D.N.C. filed Aug. 31, 2016 & entered Sept. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*